CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

5/10/2021

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| TESSIE YOLANDA ELAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 6:20cv00076 |
| v. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner | ) | |
| Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

**AND NOW**, this ____10th____ day of May, 2021, the Court having separately ordered the remand of this action for further administrative proceedings under the fourth sentence of 42 U.S.C. § 405(g), **IT IS FURTHER ORDERED** that final judgment of this Court is entered under Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
Senior United States District Judge
Norman K. Moon